## Fenell Estate.

Argued April 26, 1957. Before JONES, C. J., BELL, CHIDSEY, MUSMANNO, ARNOLD, JONES and COHEN, JJ.

198

*T. Dean Lower,* for appellant.

*Robert C. Haberstroh,* for appellee.

OPINION PER CURIAM, May 27, 1957:

The findings of the court below are fully supported by the evidence and justify the conclusion of law that the appellant, Leona Fenell, failed to establish that she was the common-law wife of the decedent.

Decree affirmed at the appellant's costs.